CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 2 2019

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

**JIMMY W. CAMPBELL et al.,**

**Plaintiffs,**

**v.**

**JAYCO INC., et al.,**

**Defendants.**

**Civil Action No.: 5:18-cv-43**

**By: Michael F. Urbanski**
**Chief United States District Judge**

**ORDER**

The parties to this case have filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, advising that they have reached a resolution of this matter. Accordingly, this case is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED.**

ENTERED: 05-21-2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge